In the Matter of AMY LESSERSON BROWN (Admitted as AMY G. LESSERSON), a Disbarred Attorney. [947 NYS2d 898]

Mastro, A.P.J., Rivera, Skelos, Dillon and Eng, JJ., concur.